```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FORT SMITH DIVISION
```

JODY R. WATTS                                           PLAINTIFF

     v.      Civil NO. 2:11-cv-02188-RTD-JRM

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                          DEFENDANT

## JUDGMENT

On this 16th day of January, 2013, the court has before it for consideration Plaintiff's request for attorney's fees and costs pursuant to 28 U.S.C. § 2412.  ECF Nos. 14, 15.  On December 21, 2012, a Report and Recommendation was filed by the Honorable James R. Marschewski.  ECF No. 17.  Fourteen days have passed without objection.  The undersigned finds that the Report and Recommendation should be adopted *in toto* and hereby awards Plaintiff fees in the amount of $3,392.10.

IT IS SO ORDERED.

                              */s/ Robert T. Dawson*
                              Honorable Robert T. Dawson
                              United States District Judge

**AO72A**
**(Rev. 8/82)**